ORIGINAL

**FILED**

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0545

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0545

_____

IN RE THE MARRIAGE OF:

LINDSAY B. GOUDREAU,

      Petitioner, Appellee,
      and Cross-Appellant

and

JEFFREY A. GOUDREAU,

      Respondent, Appellant,
      and Cross-Appellee.

_____

**O R D E R**

**FILED**

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On January 16, 2024, we issued an opinion in the above-entitled action, affirming in part, reversing in part, and remanding for correction of clerical errors in the Decree of Dissolution. *In re Marriage of Goudreau*, 2024 MT 6N. Lindsay subsequently filed a petition for rehearing. Jeff timely filed a response and request for sanctions pursuant to M. R. App. P. 19(5).

M. R. App. P. 20(1)(a) provides that a petition for rehearing will be considered only when the Court "overlooked some fact material to the decision," when "it overlooked some question presented by counsel that would have proven decisive to the case," or when "its decision conflicts with a statute or controlling decision not addressed" by the Court. Having fully considered Lindsay's petition, we see no basis for granting rehearing under M. R. App. P. 20(1)(a).

M. R. App. P. 19(5) provides that the Court may "award sanctions to the prevailing party in [a]… petition for relief determined to be frivolous, vexatious, filed for purposes of harassment or delay, or taken without substantial and reasonable grounds." While we conclude Lindsay's claims in this petition are without merit, we decline to adopt the characterization of bad faith advanced by Jeff in his response.

Accordingly,

IT IS HEREBY ORDERED that the petition for rehearing is DENIED.

IT IS FURTHER ORDERED that Jeff's request for sanctions is DENIED.

The Clerk of Court is directed to mail copies of this Order to all counsel of record.

DATED this __20th__ day of February, 2024.

_____

_____

_____

_____

_____
Justices

2